UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN POWER CONVERSION CORPORATION, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>EATON POWER QUALITY CORPORATION, a Delaware corporation,<br><br>Defendant. | C.A. No. 04-1548-GMS<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

On December 23, 2004, American Power Conversion Corporation ("APC") filed a complaint for patent infringement of U.S. Patent No. 4,823,247 in the instant action against Eaton Power Quality Corporation ("EPQ"). On January 26, 2005, EPQ filed a motion to dismiss this action.

APC and EPQ have entered into a settlement agreement resolving the claims asserted by APC against EPQ. Pursuant to Federal Rule of Civil Procedure 41, Plaintiff APC and Defendant EPQ, **HEREBY STIPULATE AND AGREE**, by and through their counsel of record, to the dismissal with prejudice of all claims, affirmative defenses and counterclaims, if any.

This stipulation is made in accordance with the parties' executed settlement agreement.

Each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

//

//

//

Dated: May 3, 2005

Respectfully Submitted,

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FISH & RICHARDSON, P.C. |

*Richard H. Morse* (signature)

Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

Frank P. Porcelli (No. 792)
William J. Marsden Jr. (No. 2247)
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, Delaware 19899-1114
(302) 652-5070

OF COUNSEL:

Ron Shulman
James C. Yoon
Steven S. Baik
S. Michael Song
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304
(650) 493-9300

ATTORNEYS FOR AMERICAN POWER
CONVERSION CORPORATION

ATTORNEYS FOR EATON POWER
QUALITY CORPORATION

So ORDERED this _____ day of May, 2005.

_____
Honorable Gregory M. Sleet