CLOSED, PATENT, STAY

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:04-cv-01548-GMS
# Internal Use Only

| | |
|---|---|
| American Power v. Eaton Power Quality | Date Filed: 12/23/2004 |
| Assigned to: Honorable Gregory M. Sleet | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**American Power Conversion Corporation**
*a Massachusetts corporation*

represented by **Richard H. Morse**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: rmorse@ycst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Eaton Power Quality Corporation**
*a Delaware corporation*

represented by **Donald E. Reid**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: dreid@mnat.com
*TERMINATED: 01/20/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: marsden@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date | Doc # | Description |
|---|---|---|
| 01/26/2005 | 9 | MOTION by Eaton Power Quality with Proposed Order to Dismiss the Complaint Answer Brief due 2/9/05 re: [9-1] motion (asw) (Entered: 01/27/2005) |
| 01/26/2005 | 10 | Opening Brief Filed by Eaton Power Quality [9-1] motion to Dismiss the Complaint - Answer Brief due 2/9/05 (asw) (Entered: 01/27/2005) |
| 01/26/2005 | 11 | Corporate Disclosure Statement pursuant to Rule 7.1 by Eaton Power Quality (asw) (Entered: 01/27/2005) |
| 02/09/2005 | 12 | SEALED Answering Brief Filed by American Power [9-1] motion to Dismiss the Complaint - Reply Brief due 2/16/05 (mmm) (Entered: 02/10/2005) |
| 02/09/2005 | 13 | SEALED Declaration of Peter Wexler ISO APC's Answering Brief in Opposition to Eaton Power Quality to Eaton Power Quality Corporation's Motion to Dismiss (mmm) Modified on 02/10/2005 (Entered: 02/10/2005) |
| 02/10/2005 | 14 | Letter to Judge Sleet from Richard H. Morse, Esq. to requesting Oral Argument on Defendant's Motion to Dismiss (mmm) (Entered: 02/10/2005) |
| 02/17/2005 | 15 | [SEALED] REPLY BRIEF re [9] Motion to Dismiss filed by Eaton Power Quality Corporation. (asw, ) (Entered: 02/17/2005) |
| 02/28/2005 | 16 | JOINT MOTION to Stay Litigation - filed by American Power Conversion Corporation, Eaton Power Quality Corporation. (maw, ) (Entered: 02/28/2005) |
| 03/03/2005 | | ORDER granting [16] Joint Motion to Stay Litigation for thirty (30) days (until 4/4/05). Signed by Judge Gregory M. Sleet on 3/3/05. (asw ) (Entered: 03/08/2005) |
| 05/04/2005 | 17 | STIPULATION of Dismissal *With Prejudice* by American Power Conversion Corporation, Eaton Power Quality Corporation. (Morse, Richard) (Entered: 05/04/2005) |
| 05/05/2005 | | SO ORDERED, re 17 Stipulation of Dismissal filed by American Power Conversion Corporation, Eaton Power Quality Corporation, ***Civil Case Terminated.. Signed by Judge Gregory M. Sleet on 5/5/05. (asw ) (Entered: 05/05/2005) |
| 05/25/2005 | | ***Set Patent Case Flag (maw, ) (Entered: 05/25/2005) |