OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 18, 2006

Richard H. Morse
Young, Conaway, Stargatt & Taylor,
The Brandywine Building,
1000 West Street,
17th Floor, P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: rmorse@ycst.com

RE: **American Power Conversion Corporation, v. Eaton Power Quality Corporation.**
Civ. No.: 04-1548 GMS

Dear Counsel:

Pursuant to the Order entered on 8/11/06 by Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS:    12 and 13.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on _____.

_____
Signature