OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 18, 2006

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: marsden@fr.com

RE:  **American Power Conversion Corporation, v. Eaton Power Quality Corporation.**
     Civ. No.: 04-1548 GMS

Dear Counsel:

Pursuant to the Order entered on 8/11/06 by Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEM(S):  15.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on ___AUG 2 1 2006___ .

Signature